UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IPA GARDEN, INC. dba IMPERIAL GARDEN, et al.,<br><br>　　　　　Defendants. | No.  1:16-cv-01579-AWI-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANT CPI INVESTORS, LP<br><br>(Doc. No. 11) |

　　　　On January 24, 2017, Plaintiff Rachel Bryant and Defendant CPI Investors, LP filed a joint stipulation dismissing the action with prejudice.  (Doc. No. 11.)  In light of the parties' stipulation, this action has been terminated as to Defendant CPI Investors, LP, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice as to Defendant CPI Investors, LP.

　　　　Accordingly, the Clerk of the Court is directed to TERMINATE Defendant CPI Investors, LP.  The case shall remain OPEN pending resolution of the remaining defendant's case.

IT IS SO ORDERED.

Dated:　**February 7, 2017**　　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE